## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>Isaac Mwangi, Lisa Mwangi and</u>
<u>Safari Merchandising Centre, LLC</u>

    v.                                          Civil No. 06-cv-175-JM

<u>Zahid Alam and</u>
<u>Premium Gas, LLC, et al.</u>

### **O R D E R**

    The parties appeared before me today for a scheduled hearing on plaintiffs' requests for enhanced damages, attorney's fees, and an attachment of defendant's assets.  At the hearing, the defendant was not ready to proceed with the hearing because his attorney had not yet received the transcripts of the trial in this matter.  Accordingly, I grant defendant's request to continue the portion of this hearing relating to enhanced damages and attorney's fees.

    The parties were heard on the plaintiff's motion to attach. The parties reached an agreement in Court as to how to proceed given the circumstances of this matter.  Pursuant to that agreement, the defendants are ordered to make no transfer or encumbrance of any assets, except as necessary for the normal day-to-day operations of business.  Zahid Alam, in accordance with his agreement in open court, is to give and cause his LLCs

to give plaintiffs' mortgages sufficient to secure a potential one hundred and forty thousand dollar ($140,000.00) judgment in favor of the plaintiffs on all of the following four pieces of property:

- 55 River Road, Apt. 1-D, Manchester, N.H.
- 274-280 Court St., Laconia, N.H.
- 495 Front Street, Manchester, N.H.
- 322 Sunapee St., Newport, N.H.

Defendant must comply with the directives of this Order within ten (10) business days of the date of the hearing, July 23, 2007.

Upon notification from counsel that the transcripts of the trial in this matter have been prepared and received by the parties, the clerk shall schedule a hearing to resolve the damages and attorney's fees matters pending before the Court.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:   July 23, 2007

cc:     Craig S. Donais, Esq.
        James W. Craig, Esq.
        Marc van Zanten, Esq.